**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PAUL & JEAN DOVIN, H/W,     :   No. 88 MAL 2019
                     : 
          Petitioners     : 
                     : 
                     :   Petition for Allowance of Appeal from
                     :   the Order of the Commonwealth Court
      v.                  : 
                     : 
                     : 
KENNETH L. & KAY W. SWEITZER, H/W   : 
AND CAERNARVON TOWNSHIP AND     : 
HOPEWELL CHRISTIAN FELLOWSHIP     : 
OF ELVERSON,                   : 
                     : 
          Respondents     : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of August, 2019, the Petition for Allowance of Appeal is

**DENIED**.